## CITY OF CORONADO ET AL. *v.* SAN DIEGO UNIFIED PORT DISTRICT ET AL.

No. 763.   Decided March 1, 1965.

*George A. Blackstone* for appellants.

*Aaron W. Reese* and *Burnham Enersen* for San Diego Unified Port District et al., and *Thomas C. Lynch,* Attorney General, and *Ariel C. Hilton,* Deputy Attorney General, for the State of California, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

## DRUEDING ET AL. *v.* DEVLIN ET AL.

No. 772.   Decided March 1, 1965.

*Lawrence Speiser, Allison W. Brown, Jr.,* and *Edward L. Genn* for appellants.

PER CURIAM.

The judgment is affirmed.